

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2020

No. 04-20-00423-CV

**IN THE INTEREST OF D. R. J., A MINOR CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01665
John D. Gabriel Jr., Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on October 5, 2020. On October 5, 2020, appellant filed a motion requesting an extension of time to file her brief.

The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

The motion is GRANTED, and appellant's brief must be filed no later than October 26, 2020. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court